UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRISTINA HERNANDEZ,<br>Plaintiff,<br>v.<br>GENERAL INSURANCE COMPANY OF AMERICA,<br>Defendant. | Case No. 1:25-cv-01879-KES-EPG<br>ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE<br>(ECF No. 18) |

On October 15, 2026, the parties filed a stipulation for dismissal of this action with prejudice. (ECF No. 18). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear their own attorney fees and costs.

Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 16, 2026**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE